*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  November 12, 2015          520944
_____

In the Matter of CAROLYN
    WARMUS,
                    Petitioner,

        v                                    MEMORANDUM AND JUDGMENT
                                                  AND MOTIONS
SABINA KAPLAN, as
    Superintendent of Bedford
    Hills Correctional Facility,
    et al.,
                    Respondents.
_____


Calendar Date:   September 22, 2015

Before:  McCarthy, J.P., Garry, Rose and Devine, JJ.

                    _____


        Carolyn Warmus, Bedford Hills, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J.
Mastracco of counsel), for respondents.

                    _____


        (1) Proceeding pursuant to CPLR article 78 (transferred to
this Court by order of the Supreme Court, entered in Albany
County) to review a determination of respondent Superintendent of
Bedford Hills Correctional Facility finding petitioner guilty of
violating certain prison disciplinary rules, and (2) motions to
strike respondents' in camera exhibit and respondents' brief.

        Petitioner commenced this CPLR article 78 proceeding
challenging a determination finding her guilty of violating
certain prison disciplinary rules.  The Attorney General has
advised this Court that the determination has been
administratively reversed, all references thereto have been
expunged from petitioner's institutional record and the $5

mandatory surcharge has been refunded to petitioner's inmate account. Although petitioner seeks to be restored to her prior status, she is not entitled to such relief (see Matter of McLee v Annucci, 131 AD3d 768 [2015]; Matter of Woods v Annucci, 131 AD3d 742, 743 [2015]). Accordingly, given that petitioner has received all of the relief to which she is entitled, the petition must be dismissed as moot (see Matter of McKethan v Prack, 111 AD3d 1046 [2013]; Matter of Campbell v Fischer, 89 AD3d 1363, 1364 [2011]). Furthermore, inasmuch as the disciplinary determination has been administratively reversed, petitioner's motions to strike respondents' in camera exhibit and respondents' brief are denied as academic.

McCarthy, J.P., Garry, Rose and Devine, JJ., concur.

ADJUDGED that the petition is dismissed, as moot, without costs, but with disbursements in the amount of $15.

ORDERED that the motions are denied, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court